**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
**STEVEN MENSAH-YAWSON,**       )
                                              )
          **Plaintiff,**           )
                                              )
    **v.**                                 )   Civil Action No. 14-1948 (RMC)
                                              )
**MICHAEL RADEN,** *et al.***,**        )
                                              )
          **Defendants.**         )
_____ )

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Donora Defendants' Motion to Dismiss Plaintiff's "Revised" Amended Complaint Pursuant to Rule 12(b)(2) and (6) [23] is **GRANTED**; it is

**FURTHER ORDERED** that the Federal Defendants' Motion to Dismiss [25] is **GRANTED**; and it is

**FURTHER ORDERED** that Revised Amended Complaint and this civil action are **DISMISSED**.

This is a final appealable Order.  *See* Fed. R. App. P. 4.  This case is closed.


DATE: March 21, 2016                    _____/s/_____
                                                      ROSEMARY M. COLLYER
                                                      United States District Judge